**NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Antis, William J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Antis, Debra K.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **7694** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **3594** |
| Street Address of Debtor (No. and Street, City, and State): **134 Ray Street** **Poplar Grove, Illinois** ZIP CODE **61065** | Street Address of Joint Debtor (No. and Street, City, and State): **134 Ray Street** **Poplar Grove, Illinois** ZIP CODE **61065** |
| County of Residence or of the Principal Place of Business: **BOONE** | County of Residence or of the Principal Place of Business: **BOONE** |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

| **Type of Debtor** (Form of Organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* [ ] Corporation (includes LLC and LLP) [ ] Partnership [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) [ ] Railroad [ ] Stockbroker [ ] Commodity Broker [ ] Clearing Bank [ ] Other | [X] Chapter 7    [ ] Chapter 15 Petition for [ ] Chapter 9      Recognition of a Foreign [ ] Chapter 11     Main Proceeding [ ] Chapter 12    [ ] Chapter 15 Petition for [ ] Chapter 13     Recognition of a Foreign                Nonmain Proceeding |

| **Chapter 15 Debtors** Country of debtor's center of main interests: Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity** (Check box, if applicable.) [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check **one** box.) [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    [ ] Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| [X] Full Filing Fee attached. [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). Check if: [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Check all applicable boxes: [ ] A plan is being filed with this petition. [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors. [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Antis, William J. and Antis, Debra K. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   ___s//s/ Henry Repay_____   April 12, 2013___<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☐   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☒  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition |
|---|
| *(This page must be completed and filed in every case.)* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **s/William J. Antis**<br>Signature of Debtor   **William J. Antis**<br><br>X **s/Debra K. Antis**<br>Signature of Joint Debtor   **Debra K. Antis**<br><br>Telephone Number (if not represented by attorney)<br>**April 12, 2013**<br>Date | X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **s//s/ Henry Repay**<br>Signature of Attorney for Debtor(s)<br>**Henry Repay**<br>Printed Name of Attorney for Debtor(s)<br>**Law Offices of Henry Repay**<br>Firm Name<br><br>**930 W. Locust  Street**<br>**Belvidere, Illinois 61008-4226**<br>Address<br>**(815) 547-3369**<br>Telephone Number<br>**April 12, 2013**<br>Date<br><br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6A (Official Form 6A) (12/07)

In re **William J. Antis and Debra K. Antis,**                               Case No. _____
_____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 134 Ray Street<br>Belvidere, IL 61008 | Fee Owner | J | $140,000.00 | $150,890.52 |
| Cemetery Plots<br>Ridgewood Cemetery<br>Des Plaines, IL<br>(Section 17, Lot 440 Graves 1 and 6, and Lot 441 Graves 3 and 4)<br>(2 Owned by Debtors, 2 Additional Owned by Co-Debtor with her sister) | Co-owner | J | $4,000.00 | |
| 1/3 Interest<br>Cemetery Plots<br>Memory Gardens<br>Arlington Heights, IL<br>(Garden of Eternal Light, Lot 552, Block C, Spaces 3 and 4)<br>(Shared with Two Siblings) | Co-owner | J | $1,600.00 | |
| | | Total ▶ | $145,600.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **William J. Antis and Debra K. Antis,**                          Case No. _____
_____
                                Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | J | $250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct. XX1939 Poplar Grove State Bank | J | $151.70 |
| | | Checking Acct. XX1067 Poplar Grove State Bank | J | $630.66 |
| | | Savings Acct. xx5531 Poplar Grove State Bank | J | $55.86 |
| | | Savings Account xx9050 Poplar Grove State Bank (Minor Grandaughter's Account) | J | $270.71 |
| | | Savings Account XXXXXX2698 Wells Fargo (Mother's Account with three children added solely for convenience, traceable) | J | $28,000.00 |
| | | Checking Account XXXXXX6851 Wells Fargo (Mother's Account with three children added solely for convenience, traceable) | W | $10,500.00 |
| | | Checking Account XXXXXX0402 Oxford Bank (Mother's Account with three children added solely for convenience, traceable) | W | $8,940.46 |
| | | Edward Jones Account xxx-xxx52-1-0 | J | $23.01 |

B 6B  (Official Form 6B) (12/2007)

In re  **William J. Antis and Debra K. Antis,** _____    Case No. _____
                                                   **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | Household Goods & Furnishings | J | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | Wearing Apparel | J | $100.00 |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | Shot Guns (2) | J | $300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | Employer Provided Term Life Insurance | H | $0.00 |
| | Employer Provided Term Life Insurance | W | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | 401K CPC Logistics Inc. 14528 S. Outer 40 Road Chesterfield, MO 63017 | H | $3,264.73 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |

B 6B  (Official Form 6B) (12/2007)

In re  **William J. Antis and Debra K. Antis,**                                    Case No. _____
   **Debtor**                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Chevrolet S10 (200,000 miles) | H | $1,750.00 |
| | | 2005 Toyota Camry (90,000 miles) | W | $7,675.00 |
| | | 1997 Ford F150 (200,000 miles) (Son's Vehicle) | H | $1,050.00 |
| | | 1997 Harley Davidson Road King (Stock) (80,000 miles) (Son's Vehicle) | H | $3,430.00 |
| 26. Boats, motors, and accessories. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **William J. Antis and Debra K. Antis,**                    Case No. _____
                     **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog (Household Pet) | J | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>3</u> continuation sheets attached        Total ▶                                    $67,892.13
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re  **William J. Antis and Debra K. Antis,**_____        Case No. _____
**Debtor**                                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ◉ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                          $155,675.*
◉ 11 U.S.C. § 522(b)(2)
✳ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cemetery Plots<br>Ridgewood Cemetery<br>Des Plaines, IL<br>(Section 17, Lot 440 Graves 1 and 6, and Lot 441 Graves 3 and 4)<br>(2 Owned by Debtors, 2 Additional Owned by Co-Debtor with her sister) | § 225 ILCS 45/4a | $4,000.00 | $4,000.00 |
| 1/3 Interest<br>Cemetery Plots<br>Memory Gardens<br>Arlington Heights, IL<br>(Garden of Eternal Light, Lot 552, Block C, Spaces 3 and 4)<br>(Shared with Two Siblings) | § 225 ILCS 45/4a | $1,600.00 | $1,600.00 |
| Cash | 735 ILCS 5/12-1001(b) | $250.00 | $250.00 |
| Checking Acct. XX1939<br>Poplar Grove State Bank | 735 ILCS 5/12-1001(b) | $151.70 | $151.70 |
| Household Goods & Furnishings | 735 ILCS 5/12-1001(b) | $1,500.00 | $1,500.00 |
| Wearing Apparel | 735 ILCS 5/12-1001(a),(e) | $100.00 | $100.00 |
| 401K<br>CPC Logistics Inc. | 735 ILCS 5/12-1006 | $3,264.73 | $3,264.73 |
| 1997 Chevrolet S10<br>(200,000 miles) | 735 ILCS 5/12-1001(b) | $823.30 | $1,750.00 |
| 2005 Toyota Camry<br>(90,000 miles) | 735 ILCS 5/12-1001(c)<br><br>735 ILCS 5/12-1001(b) | $2,400.00<br><br>$5,275.00 | $7,675.00 |
| 1997 Harley Davidson Road King (Stock)<br>(80,000 miles)<br>(Son's Vehicle) | 735 ILCS 5/12-1001(c) | $2,400.00 | $3,430.00 |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

**In re** William J. Antis and Debra K. Antis_____,   Case No. _____
                          **Debtor**                                                      **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3xxx** <br> **Bank of America Home Loan Servicing** <br> **450 American Street** <br> **Simi Valley, CA 93065** <br> **Full Account No.: 67793xxx** | | **J** | **Mortgage, 67793XX** <br><br> **134 Ray Street** <br> **Belvidere, IL 61008** <br><br> VALUE $   **$140,000.00** | | | | **$87,896.75** | |
| ACCOUNT NO.**00-1** <br> **Citimortgage Inc.** <br> **PO Box 6243** <br> **Sioux Falls, SD 57117** <br> **Full Account No.: 5003777900-1** | | **J** | **Second Lien, 500377XXXX** <br><br> **134 Ray Street** <br> **Belvidere, IL 61008** <br><br> VALUE $   **$140,000.00** | | **X** | | **$62,993.77** | **$10,890.52** |
| | | | | | | | | |
| | | | | | | | | |

__0__ continuation sheets
      attached

Subtotal ▶
(Total of this page)
$         **150,890.52**   $         **10,890.52**

Total ▶
(Use only on last page)
$         **150,890.52**   $         **10,890.52**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13)

**In re** <u>William J. Antis and Debra K. Antis</u>,          **Case No.**_____
                        Debtor                                        *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ]  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ]  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ]  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

[ ]  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ]  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____0___ continuation sheets attached

In re **William J. Antis and Debra K. Antis**                          ,    Case No. _____
                          Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    2894 <br><br>**Bass Pro/GECRB** <br>**PO Box 965033** <br>**Orlando, FL 32896-5033** <br>**Full Account No.: 6020 5221** <br>**0107 XXXX, 6020 5221 0190** <br>**2894** | | H | **Miscellaneous Purchases** | | X | | $1,394.14 |
| Additional Contacts for Bass Pro/GECRB (2894): <br><br>**Portfolio Recovery** <br>**120 Corporate Blvd.** <br>**Norfolk, VA 23502** | | | | | | | |
| **ACCOUNT NO.**    44-7 <br><br>**Beneficial** <br>**PO Box 1231** <br>**Brandon, FL 33509-1231** <br>**Full Account No.:** <br>**411749-25-107744-7** | | H | **Loan** | | X | | $4,977.12 |
| Additional Contacts for Beneficial (44-7): <br><br>**Beneficial Finance** <br>**PO Box 17574** <br>**Baltimore, MD** <br>**251297-1574** | | | | | | | |

Subtotal▶ | $ | **6,371.26**

__14__ continuation sheets attached

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**     ,       Case No. _____
           **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 89-2 <br> **Beneficial** <br> PO Box 1231 <br> Brandon, FL 33509-1231 <br> **Full Account No.:** <br> 411749-26-108287-4, 180489-2 | | W | Loan | | X | | $6,569.63 |
| Additional Contacts for Beneficial (89-2): <br><br> **Beneficial Finance** <br> PO Box 17574 <br> Baltimore, MD 21297-1574 <br><br> **Associated Creditors Exchange** <br> PO Box 33130 <br> Phoenix, AZ 85067-3313 | | | | | | | |
| **ACCOUNT NO.** 0474 <br> **Beneficial/Household Finance Company** <br> PO  Box 3425 <br> Buffalo, NY 14240 <br> **Full Account No.:** <br> 41174900128478, 4220474 | | W | Line of Credit | | X | | $6,912.50 |
| Additional Contacts for Beneficial/Household Finance Company (0474): <br><br> **Atlantic Credit & Finance Inc.** <br> PO Box 13386 <br> Roanoke, VA 24033-3386 | | | | | | | |

Sheet no. **1** of **14** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $       **13,482.13**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**_____ ,        Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9820 <br> **Beneficial/Household Finance Company** <br> **PO Box 3425** <br> **Buffalo, NY 14240** <br> **Full Account No.: 4177 4926 10XX XXXX, 41174900128466, 4219820** | | H | **Line of Credit** | | X | | $5,722.66 |
| Additional Contacts for Beneficial/Household Finance Company (9820): <br><br> **Atlantic Credit & Finance Inc.** <br> **PO Box 13386** <br> **Roanoke, VA 24033-3386** | | | | | | | |
| **ACCOUNT NO.** 5346 <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** <br> **Full Account No.: 5178 0520 8738 5346** | | W | **Miscellaneous Purchases** | | X | | $2,586.38 |
| Additional Contacts for Capital One (5346): <br><br> **Nelson, Watson & Associates, LLC** <br> **80 Merrimack Street** <br> **Haverhill, MA 01830** | | | | | | | |

Sheet no. **2** of **14** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **8,309.04**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **William J. Antis and Debra K. Antis**                ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    4920 <br><br> **Capital One** <br>**PO Box 30285** <br>**Salt Lake City, UT 84130-0285** <br>**Full Account No.: 4388 6419 4841 4920** | | H | **Miscellaneous Purchases** | | X | | $1,027.35 |
| **ACCOUNT NO.**    1851 <br><br> **Capital One** <br>**PO Box 30285** <br>**Salt Lake City, UT 84130-0285** <br>**Full Account No.: 5178 0522 5514 1851** | | H | **Miscellaneous Purchases** | | X | | $476.19 |
| **ACCOUNT NO.**    8570 <br><br> **Capital One** <br>**PO Box 30285** <br>**Salt Lake City, UT 84130-0285** <br>**Full Account No.: 5291 1522 1963 8570** | | H | **Miscellaneous Purchases** | | X | | $3,339.62 |
| **Additional Contacts for Capital One  (8570):** <br><br> **Nelson, Watson &** <br>**Associates, LLC** <br>**80 Merrimack Street** <br>**Haverhill, MA 01830** | | | | | | | |

Sheet no.__**3**__ of __**14**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $           **4,843.16**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **William J. Antis and Debra K. Antis**                    ,          Case No. _____
_____
Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    **4546** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** <br> **Full Account No.: 4862 3625 1306 4546** | | H | **Miscellaneous Purchases** | | X | | **$3,459.72** |
| Additional Contacts for Capital One  (4546): <br><br> **Nelson, Watson & Associates, LLC** <br> **80 Merrimack Street** <br> **Haverhill, MA 01830** | | | | | | | |
| **ACCOUNT NO.**    **5509** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** <br> **Full Account No.: 5178 0578 5142 5509** | | W | **Miscellaneous Purchases** | | X | | **$794.15** |
| Additional Contacts for Capital One  (5509): <br><br> **United Recovery Systems, LP** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | | | | | | | |

Sheet no.__**4**__of __**14**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **4,253.87**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**_____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2420 <br> **Citibank** <br> **PO Box 769006** <br> **San Antonio, TX 78245-9006** <br> **Full Account No.: 0000 0444 0402 2420** | | H | **Miscellaneous Purchases and Cash Advances** | | X | | **$6,284.21** |
| Additional Contacts for Citibank (2420): <br><br> **Asset Acceptance LLC** <br> **PO Box 2036** <br> **Warren, MI 48090-2036** <br><br> **Asset Recovery Solutions LLC** <br> **2200 E. Devon Ave.** <br> **Des Plaines, IL 60018** | | | | | | | |
| **ACCOUNT NO.** 2475 <br> **Discover** <br> **PO Box 30943** <br> **Salt Lake City, UT 84130** <br> **Full Account No.: 30078185, 6011 0073 7151 2475** | | J | **Miscellaneous Purchases** | | X | | **$7,711.47** |
| Additional Contacts for Discover (2475): <br><br> Weltman, Weinberg, & Reis Co., LPA <br> 175 South 3rd Street, Suite 900 <br> Columbus, OH 43215-5166 <br><br> Weltman, Weinberg, & Reis Co., LPA <br> PO Box 93596 <br> Cleveland, OH 44101-5596 <br><br> Weltman, Weinberg & Reis Co., LPA <br> See Attachment 1 - First Additional Contact | | | | | | | |

Sheet no. **5** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **13,995.68**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __William J. Antis and Debra K. Antis_____ ,                    Case No. _____
                                                                                        **(if known)**
                 **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    3366 **Dish Network** Dept 0063 Palatine, IL 60055-0063 Full Account No.: 8255909643335604, 05-017605277, 52653366 | | W | **Cable** | | X | | **$50.00** |
| Additional Contacts for Dish Network  (3366): **CBE Group** 1309 Technology Parkway Cedar Falls, IA 50613 **Enhanced Recovery Company LLC** 8014 Bayberry Road Jacksonsville, FL 32256-7412 | | | | | | | |
| **ACCOUNT NO.**    0708 **Frontier Communications** PO Box 6000 Hayden, ID 83835-2009 | | J | **Telephone Services** | | X | | **$76.30** |
| Additional Contacts for Frontier Communications (0708): **Penn Credit** 916 S. 14th Street PO Box 988 Harrisburg, PA 17108-0988 | | | | | | | |

Sheet no.__6__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **126.30**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**_____,      Case No. _____
           **Debtor**      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9248 **JC Penney GE Capital Retail Bank Attn: Bankruptcy Dept. PO Box 103104 Roswell, GA 30076 Full Account No.: XXX XXX 664 81, 6008 8936 8742 XXXX, 600889249248** | | W | **Miscellaneous Purchases** | | X | | **$330.00** |
| Additional Contacts for JC Penney (9248):    Advanced Call Center Technologies LLC    PO Box 9091    Gray, TN 37615-9091    GE Capital Retail Bank    PO Box 960001    Orlando, FL 32896    CAC Financial Corp    See Attachment 2 - First Additional Contact | | | | | | | |
| **ACCOUNT NO.** 2134 **North American Hunting Club 12301 Whitewater Dr. Minnetonka, MN 55343-9447 Full Account No.: 40742134** | | H | **Membership** | | X | X | **$333.00** |
| Additional Contacts for North American Hunting Club (2134):    RMCB    PO Box 1235    Elmsford, NY 10523-0935    RMCB    4 Westchester Plaza    Elmsford, NY 10523 | | | | | | | |

Sheet no. __7__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **663.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**                          ,          Case No. _____
                         **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      5788<br>**OSF Saint Anthony Medical Center**<br>**5510 East State Street**<br>**PO Box 5065**<br>**Rockford, IL 61125-0065**<br>**Full Account No.: Ah5424, 20065788** | | J | **Medical Services** | | X | | **$329.00** |
| Additional Contacts for OSF Saint Anthony Medical Center (5788):<br><br>**Rockford Mercantile Agency**<br>**2502 South Alpine Road,**<br>**PO Box 5487**<br>**Rockford, IL 61125-0847** | | | | | | | |
| **ACCOUNT NO.**      6782<br>**OSF Saint Anthony Medical Center**<br>**5510 East State Street**<br>**PO Box 5065**<br>**Rockford, IL 61125-0065**<br>**Full Account No.: AG48XX, 20116782** | | J | **Medical Services** | | X | | **$768.00** |
| Additional Contacts for OSF Saint Anthony Medical Center  (6782):<br><br>**Rockford Mercantile Agency**<br>**2502 South Alpine Road,**<br>**PO Box 5487**<br>**Rockford, IL 61125-0847** | | | | | | | |

Sheet no.__**8**__ of __**14**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,097.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **William J. Antis and Debra K. Antis**                    ,          Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      8199 **Paypal Extras GE Capital Retail Bank Attn:  Bankruptcy Dept. PO Box 103104 Roswell, GA 30076 Full Account No.: 015958474, 5218 5310 0625 8199** | | W | **Miscellaneous Purchases** | | X | | $389.92 |
| Additional Contacts for Paypal Extras (8199): **GE Capital/Paypal PO Box 965005 Orlando, FL 32896** **Client Services Inc. 3451 Harry Truman Blvd. St. Charles, MO 63301-4047** | | | | | | | |
| **ACCOUNT NO.** **Rockford Health Physicians 2300 N. Rockton Avenue Rockford, IL 61103-3619** | | J | **Medical Services 251876A395, 003804758, 601096000033XXXX** | | X | | $141.52 |
| Additional Contacts for Rockford Health Physicians : **Creditors' Protection Service Inc. 202 W. State Street PO Box 4115 Rockford, IL 61110-0615** | | | | | | | |

Sheet no.  **9**  of  **14**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **531.44**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**                    ,          Case No. _____
                   **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.     9227**<br><br>**Rockford Memorial Hospital**<br>**Dept 4628**<br>**Carol Stream, IL 60122-4628**<br>**Full Account No.: 2013344128,**<br>**1319892, 439227** | | J | **Medical Services**<br>**2013344128, 1319892, 439227** | | X | | **$968.40** |
| Additional Contacts for Rockford Memorial Hospital (9227):<br><br>Creditor Services (300 1/2 S. 2nd Street, PO Box 4, Clinton, Iowa 52733-0004)<br>PO Box 4<br>Clinton, IA 52733-0004<br><br>Allied Business Accounts, Inc.<br>300 1/2 South 2nd St.<br>P. O. Box 1600<br>Clinton, IA 52733-0241 | | | | | | | |
| **ACCOUNT NO.     2071**<br><br>**Rockford Radiology Assoc.**<br>**PO Box 5368**<br>**Rockford, IL 61125-0368**<br>**Full Account No.: RRA 242071** | | J | **Medical Services** | | X | | **$53.33** |
| **ACCOUNT NO.     4302**<br><br>**Sears Credit Card**<br>**PO Box 6283**<br>**Sioux Falls, SD 57717-6283**<br>**Full Account No.: 52605894,**<br>**5049 9480 1445 4302** | | H | **Miscellaneous Purchases** | | X | | **$1,338.99** |

Sheet no.__**10**__ of __**14**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **2,360.72**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __William J. Antis and Debra K. Antis_____,    Case No. _____
                                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Sears Credit Card (4302):** **United Collection Bureau, Inc.** 5620 Southwyck Blvd, Ste. 206 Toledo, OH 43614 **LTD Financial Services** 7322 Southwest Freeway Houston, TX 77074-2053 | | | | | | | |
| **ACCOUNT NO.** 4144 **Shell** PO Box 6406 Sioux Falls, SD 57117 Full Account No.: D-1-12719253, 07-011348624, 391064144 | | H | **Miscellaneous Purchases** | | X | | $1,334.91 |
| **Additional Contacts for Shell (4144):** **Regional Adjustment Bureau** 1900 Charles Bryan Road PO Box 34119 Memphis, TN 38016 **CBE Group** 1309 Technology Pkwy Cedar Falls, IA 50613 | | | | | | | |
| **ACCOUNT NO.** **Swedish American Hospital** PO Box 4448 Rockford, IL 61110-0948 | | J | **Medical Services** | | X | | $1,000.00 |

Sheet no.__11__of__14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $      **2,334.91**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**                    ,          Case No. _____
                **Debtor**                                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Swedish American Hospital:**<br><br>**Dennis A. Brebner & Associates**<br>**860 Northpoint Blvd.**<br>**Waukegan, IL 60085-8211** | | | | | | | |
| **ACCOUNT NO.**     1-29<br>**Target Card Services**<br>**PO Box 1581**<br>**Minneapolis, MN 55440-1581**<br>**Full Account No.: XXXX XXXX XXXX 0140, 1231127, 49034750-1-29** | | W | Miscellaneous Purchases | | X | | $1,055.36 |
| **Additional Contacts for Target Card Services  (1-29):**<br><br>**Client Services Inc. (3451 Harry S. Truman Blvd., St. Charles, MO 63301-4047 , )**<br>**3451 Harry Truman Blvd.**<br>**St. Charles, MO 63301-4047**<br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64437**<br>**St. Paul, MN 55164-0437** | | | | | | | |
| **ACCOUNT NO.**     5043<br>**Target National Bank**<br>**c/o Target Credit Services,**<br>**PO Box 1581**<br>**Minneapolis, MN 55440-1581** | | | Miscellaneous Purchases | | | | $486.01 |

Sheet no. __12__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **1,541.37**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**                    ,          Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Target National Bank (5043):**<br><br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd.**<br>**St. Charles, MO**<br>**63301-4047** | | | | | | | |
| ACCOUNT NO.    0140<br><br>**Target National Bank**<br>**c/o Target Credit Services,**<br>**PO Box 1581**<br>**Minneapolis, MN 55440-1581** | | W | **Miscellaneous Purchases** | | X | | $1,148.32 |
| ACCOUNT NO.    8974<br>**Toy R Us/Babies R Us**<br>**Chase Cardmember Services**<br>**PO Box 15298**<br>**Wilimington, DE 19850-5298**<br>**Full Account No.:  XXXX XXXX**<br>**XXXX 1727, 5243 6320 0519**<br>**XXXX, 5122 5710 0882 8974** | | W | **Miscellaneous Purchases** | | X | | $4,602.08 |
| **Additional Contacts for Toy R Us/Babies R Us (8974):**<br><br>**GE Capital Retail Bank**<br>**PO Box 965046**<br>**Orlando, FL 32896-5046**<br><br>**Portfolio Recovery**<br>**Associates, LLC**<br>**140 Corporate Blvd.**<br>**Norfolk, VA 23502** | | | | | | | |

Sheet no. __13__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **5,750.40**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **William J. Antis and Debra K. Antis**                    ,                    Case No. _____
           **Debtor**                                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Vella & Lund**<br>**401 W. State Street**<br>**Rockford, IL 61101** | | J | **Legal Fees** | | X | | **$800.00** |
| **ACCOUNT NO.**    **6803**<br><br>**Wells Fargo Financial Cards**<br>**PO Box 5943**<br>**Sioux Falls, SD 57717-5943**<br>**Full Account No.: 6048 7000 0127 6803** | | J | **Line of Credit Loan** | | X | | **$7,171.94** |
| Additional Contacts for Wells Fargo Financial Cards (6803):<br><br>**Wells Fargo Financial Cards**<br>**PO Box 14487**<br>**Des Moines, IA 50306**<br><br>**Heller and Frisone**<br>**33 N. LaSalle Street**<br>**Chicago, IL 60602** | | | | | | | |

Sheet no. __**14**__ of __**14**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **7,971.94**

Total▶   $    **73,632.22**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

    **First Additional Contact**

        **180 N. LaSalle Street**
        **Chicago, IL 60601**

**Attachment 2**

    **First Additional Contact**

        **2601 NW Expressway, Suite 1000 East**
        **Oklahoma City, OK 73112-7236**

B 6G (Official Form 6G) (12/07)

In re **William J. Antis and Debra K. Antis,**                    Case No. _____
   ───────────────────────────────────────
                    **Debtor**                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

⦿ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B 6H (Official Form 6H) (12/07)

In re  **William J. Antis and Debra K. Antis,** _____      Case No. _____
                                    **Debtor**                                                **(if known)**

# SCHEDULE H - CODEBTORS

※ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**B6I (Official Form 6I) (12/07)**

In re   William J. Antis and Debra K. Antis,                    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):  **N/A** | | AGES(S):  **N/A** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | **Kitchen Substitute** |
| Name of Employer | **CPC Logistics Inc.** | **North Boone School District 200** |
| How long employed | **4 years** | |
| Address of Employer | **14528 S. Outer 40 Rd., Ste. 210 Chesterfield, MO 63017** | **6248 North Boone School Road Poplar Grove, IL 61065** |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,154.11 | $ 469.80 |
| 2. | Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 4,154.11 | $ 469.80 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a.  Payroll taxes and social security | $ 767.45 | $ 64.70 |
| | b.  Insurance | $ 394.63 | $ 0.00 |
| | c.  Union dues | $ 0.00 | $ 0.00 |
| | d.  Other (Specify): **Term Life Insurance** | $ 9.58 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,171.66 | $ 64.70 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 2,982.45 | $ 405.10 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. | Income from real property | $ 100.00 | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social security or government assistance (Specify): | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify): **Funds from Mother** | $ | $ 416.66 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 100.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 3,082.45 | $ 405.10 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (combine column totals from line 15) | $ 3,487.55 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.    Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re   <u>William J. Antis and Debra K. Antis,</u>                    Case No. _____
Debtor                                                                                    (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**None.**

B 6J (Official Form 6J) (12/07)

In re  **William J. Antis and Debra K. Antis,**_____     Case No. _____
_____**Debtor**                                   **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

◉ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $1,108.86 |
| | a.   Are real estate taxes included?  Yes __X__  No _____ | |
| | b.   Is property insurance included?  Yes __X__  No _____ | |
| 2. | Utilities:   a.   Electricity and heating fuel | $250.00 |
| | b.   Water and sewer | $80.00 |
| | c.   Telephone | $180.00 |
| | d.   Other: Trash. | $17.00 |
| | e.   Other: Phone/Cable/Internet. | $110.00 |
| 3. | Home maintenance (repairs and upkeep) | $100.00 |
| 4. | Food | $850.00 |
| 5. | Clothing | $50.00 |
| 6. | Laundry and dry cleaning | |
| 7. | Medical and dental expenses | $187.50 |
| 8. | Transportation (not including car payments) | $350.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $20.00 |
| 10. | Charitable contributions | $5.00 |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a.   Homeowner's or renter's | |
| | b.   Life | |
| | c.   Health | |
| | d.   Auto | $87.50 |
| | e.   Other _____ | $ |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | |
| | (Specify) _____ | $ |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| | a.   Auto | |
| | b.   Other: Second Mortgage. | $681.00 |
| 14. | Alimony, maintenance, and support paid to others | |
| 15. | Payments for support of additional dependents not living at your home | |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17. | Other _____ | $ |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,076.86 |
| 19. | Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: None. | |
| 20. | STATEMENT OF MONTHLY NET INCOME | |
| | a.   Average monthly income from Line 15 of Schedule I | $ 3,487.55 |
| | b.   Average monthly expenses from Line 18 above | $ 4,076.86 |
| | c.   Monthly net income (a. minus b.) | $ -589.31 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re **William J. Antis and Debra K. Antis**

_____,
                    Debtor

Case No. _____

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 145,600.00 | | |
| B - Personal Property | YES | 4 | $ 67,892.13 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 150,890.52 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 73,632.22 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,487.55 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 4,076.86 |
| TOTAL | | 27 | $ 213,492.13 | $ 224,522.74 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS

### WESTERN DIVISION

In re  **William J. Antis and Debra K. Antis**

_____,        Case No. _____
                        Debtor

                                                 Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
| --- | --- | --- |
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **0.00** |

**State the following:**

| | | |
| --- | --- | --- |
| Average Income  (from Schedule I, Line 16) | $ | **3,487.55** |
| Average Expenses (from Schedule J, Line 18) | $ | **4,076.86** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **5,587.36** |

**State the following:**

| | | | |
| --- | --- | --- | --- |
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **10,890.52** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    **0.00** | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4.  Total from Schedule F | | $ | **73,632.22** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **84,522.74** |

In re   **William J. Antis and Debra K. Antis** _____ ,   Case No. _____
<br>
Debtor (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 12, 2013** _____   Signature: **s/William J. Antis** _____

**William J. Antis** Debtor

Date **April 12, 2013** _____   Signature: **s/Debra K. Antis** _____

**Debra K. Antis** (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any,   Social Security No.
of Bankruptcy Petition Preparer   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____   _____
 Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re  William J. Antis , Debra K. Antis _____   Case No. _____
          Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

❋ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of:

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  s/William J. Antis

Date: April 12, 2013

2

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re  William J. Antis, Debra K. Antis _____          Case No. _____
Debtor

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

❋ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed*.

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of:

❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:  s/Debra K. Antis

Date: April 12, 2013

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: William J. Antis and Debra K. Antis _____    Case No _____
                            Debtor                                                   (if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1.  Income from employment or operation of business**

None
○

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|
| **Debtor:** | |
| Current Year (2013): $10,332.88 | CPC Retail Products LLC, 14528 S. Outer Road, Suite 210, Chesterfield, MO 63017 |
| Previous Year 1 (2012): $49,849.26 | CPC Retail Products LLC, 14528 S. Outer Road, Suite 210, Chesterfield, MO 63017 |
| Previous Year 2 (2011): $51,291.87 | CPC Retail Products LLC, 14528 S. Outer Road, Suite 210, Chesterfield, MO 63017 |
| **Joint Debtor:** | |
| Current Year (2013): $1,038.18 | North Boone Community Dist 200, 6248 North Boone School Road, Poplar Grove, IL 61065 |
| Previous Year 1 (2012): $2,059.73 | North Boone Community Dist 200, 6248 North Boone School Road, Poplar Grove, IL 61065 |
| Previous Year 2 (2011): $865.66 | North Boone Community Dist 200, 6248 North Boone School Road, Poplar Grove, IL 61065 |

**2.  Income other than from employment or operation of business**

None

State the amount of income received by the debtor other than from employment, trade, profession, operation of the

○   debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| Debtor: |  |  |
| Current Year (2013): |  |  |
| Previous Year 1 (2012): |  |  |
| $294.32 |  | Chicago Area I.B. Oft. Severance Fd, 300 S. Ashland Avenue, Ste. 502, Chicago, IL 60607 |
| Previous Year 2 (2011): |  |  |
| Joint Debtor: |  |  |
| N/A |  |  |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
○

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: |  |  |  |
| Bank of America Home Loan Servicing 450 American Street Simi Valley, CA 93065 | 1/2013, 2/2013, 3/2013 | $3,326.58 | $87,896.75 |
| CitiMortgage Inc. PO Box 6243 Sioux Falls, SD 57117 | 1/2013, 2/2013, 3/2013 | $2,043.00 | $62,993.77 |
| Joint Debtor: |  |  |  |
| See Above |  | $0.00 | $0.00 |

,

None
***IF
Bankruptc

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

y
payments
nonconsu
mer debts
tf CO***
any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

***IF (Bankruptcy nature of debts business TF OR Bankruptcy nature of debts also business TF) OR (Bankruptcy jdtr nature of debts business TF OR Bankruptcy jdtr nature of debts also business TF)***

None
☒
c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
◉
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor:<br>Wells Fargo Bank NA vs. William J. Antis and Debra K. Antis<br>Case Number: 2012SC575 | Collection | Circuit Court for the Seventeenth Judicial Circuit<br>Boone County, Illinois | Trial Date Scheduled |
| Discover Bank vs. William Antis<br>Case Number: 13 SC 105 | Collection | Circuit Court for the Seventeenth Judicial Circuit<br>Boone County, Illinois | Trial Date Scheduled |
| Joint Debtor: | | | |

None
☒
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
✳

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None
✳

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
✳

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None
○

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Debtor: Salvation Army 616 Whitney Blvd. Belvidere, il 61008 | | Various | Value: $0.00 |
| Joint Debtor: | | | |

---

### 8. Losses

None
❅

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
⊙

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: | | |
| Law Offices of Henry Repay | 11/26/12 | $506.00 |
| 930 W. Locust Street | 8/25/12 | $800.00 |
| Belvidere, IL 61008 | | Filing Fee and Attorney Fee |
| | | |
| Allen Credit and Debt Counseling Agency | 11/23/12 | $25.00 |
| 20003 387th Avenue | | Prefiling Credit Counseling |
| Woolsey, SD 57384 | | |

Joint Debtor:

---

### 10. Other transfers

None
❅

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
❅

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
❄

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
⊙

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Debtor: Poplar Grove State Bank 109 N. State Street Poplar Grove, IL 61065 | | Documents | None |
| Joint Debtor: | | | |

**13. Setoffs**

None
❄

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
⊙

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS | DESCRIPTION AND |
|---|---|

| OF OWNER | VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Debtor:<br>Willie<br>Hunter Road<br>Belvidere, IL 61008 | Welder<br>$350.00 | 134 Ray Street, Poplar Grove, IL 61065 (Garage) |
| Joint Debtor:<br>MMC, a minor<br>_____<br>_____, Illinois<br>_____ | Savings Account xx9050<br>$270.71 | Bank |
| Doris E. Eggers-Wyman<br>_____<br>_____, Oregon<br>_____ | Checking Account xxxxxx6851, Wells Fargo Bank<br>$10,500.00 | Bank |
| Doris E. Eggers-Wyman<br>_____<br>_____, Oregon<br>_____ | Oxford Bank Checking Account xxxxxx0402<br>$8,940.46 | Bank |
| Doris E. Eggers-Wyman<br>_____<br>_____, Oregon<br>_____ | Savings Account xxxxxx2698, Wells Fargo Bank<br>$28,000.00 | Bank |

---

**15. Prior address of debtor**

None
⚹

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
⚹

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,

or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
❅

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
❅

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
❅

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
❅

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ❉     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

      NAME                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ❉     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

      NAME AND ADDRESS                            DATES SERVICES RENDERED

None ❉     b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

      NAME                ADDRESS               DATES SERVICES RENDERED

None ❉     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

      NAME                ADDRESS

None ❉     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

      NAME AND ADDRESS                        DATE ISSUED

---

### 20. Inventories

None
❋   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

None
❋   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| --- | --- |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

**21. Current Partners, Officers, Directors and Shareholders**

None
❋   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
❋   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

---

**22. Former partners, officers, directors and shareholders**

None
❋   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
❋   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
✳

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
✳

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
✳

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | |
| --- | --- | --- |
| Date  April 12, 2013 | Signature of Debtor | s/William J. Antis |
| Date  April 12, 2013 | Signature of Joint Debtor (if any) | s/Debra K. Antis |

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re   William J. Antis and Debra K. Antis _____       Case No. _____
        Debtor                                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank of America Home Loan Servicing | **Describe Property Securing Debt**:<br>134 Ray Street<br>Belvidere, IL 61008 |

Property will be *(check one)*:
   ◉ Surrendered          ⊗ Retained

If retaining the property, I intend to *(check at least one)*:
       ◉ Redeem the property
       ◉ Reaffirm the debt
       ⊗ Other.  Explain Continue to Pay Without Reaffirming.

Property is *(check one)*:
       ◉ Claimed as exempt          ⊗ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Citimortgage Inc. | **Describe Property Securing Debt**:<br>134 Ray Street<br>Belvidere, IL 61008 |

Property will be *(check one)*:
   ◉ Surrendered          ⊗ Retained

If retaining the property, I intend to *(check at least one)*:
       ◉ Redeem the property
       ◉ Reaffirm the debt
       ⊗ Other.  Explain Continue to Pay Without Reaffirming.

Property is *(check one)*:
       ◉ Claimed as exempt          ⊗ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                    Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❍ YES        ❍ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  April 12, 2013                                    s/William J. Antis

                                                         Signature of Debtor


                                                         s/Debra K. Antis

                                                         Signature of Joint Debtor

B 203
(12/94)

# United States Bankruptcy Court

### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re

**William J. Antis and Debra K. Antis**                    Case No. _____

**Debtor**                                                  Chapter **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-
   named debtor(s) and that compensation paid to me within one year before the filing of the petition in
   bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s)
   in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **1,000.00**_____

   Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . $ **1,000.00**_____

   Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**_____

2. The source of the compensation paid to me was:

   [X] Debtor                  [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor                  [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are
   members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not
   members or associates of my law firm.  A copy of the agreement, together with a list of the names of
   the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
   case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether
      to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
      hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~ ------------------------------

e. [Other provisions as needed]

**Applicable to Post-Petition Chapter 7 Services:  $75.00 for each amendment to Schedules; $75.00 for preparation and filing of motion for court approval of reaffirmation agreement and attendance at hearing if required by the court; $200.00 per hour plus costs (when applicable) for all other representation.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation does not include discharge or dischargeability proceedings, redemption proceedings, dismissal proceedings, reinstatement proceedings, judicial lien avoidances, post-petition amendments, relief from stay actions, adversary proceedings, attendance at continued meeting of creditors or preparation of motion to approve reaffirmation agreement.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| April 12, 2013 | s//s/ Henry Repay |
|---|---|
| *Date* | **Henry Repay** |
| | *Signature of Attorney* |
| | **Law Offices of Henry Repay** |
| | *Name of law firm* |